**FILED**
**MAR 01 2017**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE MADRIGAL,<br><br>    Defendant. | No. 2:16-cr-00149-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JOSE MADRIGAL;

Case No. 2:16-cr-00149-KJM, from custody for the following reasons:

   __ Release on Personal Recognizance

   __ Bail Posted in the Sum of $

       __ Unsecured Appearance Bond

       __ Appearance Bond with 10% Deposit

       __ Appearance Bond with Surety

       __ Corporate Surety Bail Bond

   _X_ (Other): Time Served

Issued at Sacramento, California on **March 1, 2017**, at **3:05 pm**

_____
Kimberly J. Mueller
United States District Judge